```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )        8:12CR345
                             )
         v.                  )
                             )
MICHAEL S. PARTAIN,          )        ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 23). Subject to the filing of a written waiver of speedy trial, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; trial of this matter is rescheduled for:

**Tuesday, March 26, 2013, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between February 26, 2013, and March 26, 2013, shall be deemed excludable

time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court