IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:12CR345
                             )
      v.                     )
                             )
MICHAEL S. PARTAIN,          )        ORDER
                             )
            Defendant.       )
_____)
```

        This matter is before the Court on defendant's motion to restrict (Filing No. 34).  The Court finds the motion should be granted.  Accordingly,

        IT IS ORDERED that defendant's motion to restrict is granted.  The motion for departure and variance, the sentencing brief, and index of exhibits and exhibits shall remain restricted pending further order of the Court.

        DATED this 29th day of July, 2013.

        BY THE COURT:

        /s/ Lyle E. Strom
        _____
        LYLE E. STROM, Senior Judge
        United States District Court