IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:12CR345
                               )
        v.                     )
                               )
MICHAEL S. PARTAIN,            )         ORDER
                               )
              Defendant.       )
_____)
```

       This matter is before the Court on defendant's motion to restrict (Filing No. 38).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that defendant's motion to restrict is granted.  The motion to continue sentencing, index of exhibits and exhibits shall remain restricted pending further order of the Court.

       DATED this 29th day of July, 2013.

       BY THE COURT:

       /s/ Lyle E. Strom
       _____
       LYLE E. STROM, Senior Judge
       United States District Court