IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR345 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL S. PARTAIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 51). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to restrict is granted. The second amended index of exhibits and exhibits 45-47 shall remain restricted pending further order of the Court.

DATED this 8th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court